UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 08-34544 |
| ERIC WILLIAM TRENARY | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | ) |

NOTICE TO PRA RECEIVABLES MANAGEMENT, LLC
THAT $434.97 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED
DIVIDENDS FUNDS ACCOUNT

Comes now the Chapter 7 Trustee, Rebecca Hoyt Fischer, and gives notice to PRA Receivables Management, LLC, creditor herein, and deposits $434.97 into the Court Clerk's Unclaimed Dividend funds Account.

1. That the last known address for PRA Receivables Management, LLC, was:

   PRA Receivables Management, LLC
   As Agent Of Portfolio Recovery Assocs.
   POB 41067
   NORFOLK, VA 23541

2. That the interest distribution amount payable to PRA Receivables Management, LLC, was $434.97 and was made payable to PRA Receivables Management, LLC, as check number 104 dated September 2, 2009. Said check was not presented for payment and has gone stale.

3. Under FRBP 3011, the Trustee turns over the unclaimed funds to the Court;

4. That any objections to said Deposit should be made, in writing, with the Court on or before January 9, 2010.

DATED: December 10, 2009          /s/ Rebecca H. Fischer


                                   Rebecca Hoyt Fischer          #10537-72

T:\OPEN ASSET CASES\Trenary\notice of unclaimed funds.wpd

LADERER & FISCHER, P.C.
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (574) 284-2354

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 10, 2009, a true and correct copy of the above and foregoing Notice was served by electronic transmission or by depositing same in the United States mail, correct postage prepaid, upon the following parties:

  Gerald L. Shidaker       U.S. Trustee
  glshidaker@sbcglobal.net    USTPRegion10.SO.ECF@usdoj.gov

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

  ERIC TRENARY
  938 SOUTH 20TH. STREET
  SOUTH BEND, IN 46615-1608

  PRA Receivables Management, LLC
  As Agent Of Portfolio Recovery Assocs.
  POB 41067
  NORFOLK, VA 23541

  United States Bankruptcy Court
  Robert K. Rodibaugh United States Bankruptcy Courthouse
  401 South Michigan Street
  South Bend, IN  46601

                 /s/ Rebecca Hoyt Fischer